# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAKIM GRANT,<br>          Defendant. | Criminal No: 23-10071-PBS |

## EMERGENCY ASSENTED TO MOTION FOR DEFENDANT GRANT TO TRAVEL TO JACKSONVILLE, FL FOR UP TO THREE WEEKS

NOW COMES the defendant Shakim Grant, through counsel, and hereby moves this Honorable Court to approve immediate travel to Jacksonville, FL to assist his family while his mother undergoes emergency surgery. In support thereof, counsel states the following:

1. Defendant's mother lives in Jacksonville, FL with the Defendant's two minor brothers. (Address to be provided to USPO)

2. Defendant's mother is expected to undergo emergency surgery tomorrow and is expecting a two to three week recovery.

3. The Defendant is needed to take care of his minor siblings and assist his mother while she recovers.

4. Defendant will travel by plane today to Jacksonville.

5. The Government through its representative Luke Goldworm assents to the

1

8/10/23

instant motion.

WHEREFORE, the Court is respectfully urged to grant the instant motion.

Respectfully submitted,

/s/ P.C. H.

Peter Charles Horstmann, Esq.
BBO #556377
450 Lexington Street, Suite 450
Newton, Massachusetts 02466
(617) 519-9011
*pete@horstmannlaw.com*

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on August 10, 2023, I have served an electronic copy of the instant opposition upon all counsel of record through the ECF filing system including the Office of the United States Attorney, J.W. McCormack Building & Courthouse, 1 Courthouse Way, Boston, MA 02110.

/s/ P.C. H.

Peter Charles Horstmann, Esq.